IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-02731-ZLW-MJW

JAMES LEWIS BROWN, SR.,

    Applicant,

v.

R. WILEY, Warden,

    Respondent.

## ORDER OF DISMISSAL

It is ORDERED that Applicant's Motion To Withdraw Application And Dismiss Without Prejudice (Doc. No. 17) is granted. It is

FURTHER ORDERED that Applicant's Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2241 (Doc. No. 2) is denied, and this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2), the parties to pay their own costs and attorney's fees. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado this 3rd day of March, 2009.

                                            BY THE COURT:

                                            _____
                                            ZITA L. WEINSHIENK, Senior Judge
                                            United States District Court